# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2356
_____

BOBBIE J. RUSSO,

  Appellant,

v.

PAUL C. RUSSO,

  Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Darlene Dickey, Judge.

December 2, 2025

PER CURIAM.

  AFFIRMED.

LEWIS, ROBERTS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kim Skievaski, Kim Anthony Skievaski, P.A., Pensacola, for Appellant.

John Michael Kvartek, Pace, for Appellee.